**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHRISTOPHER R. DESCHEPPER | ) | CASE NO.  11-33438 |
| | ) | |
| | ) | CHAPTER 13 PROCEEDING |
| DEBTOR(S) | ) | |

**POST CONFIRMATION MODIFICATION TO CHAPTER 13 PLAN**

Comes now the Debtor, and pursuant to 11 U.S.C. §1329(a), modifies post confirmation the Chapter 13 Plan filed August 31, 2011 and confirmed January 4, 2012, only as follows:

**A. PLAN PAYMENTS**

1.  Beginning September 2016, Debtor will pay to the trustee $280.00 per month.

**B. DISBURSEMENTS BY TRUSTEE**

2.  CLASS TWO – CONTINUING CLAIMS:
Effective October 2016, there shall be no more continuing payments to the mortgage on 418 N. Logan St. Mishawaka, IN.

3.  CLASS THREE- PRE PETITION ARREARAGE ON CONTINUING CLAIMS:
Effective October 2016, there shall be no more payments on any arrearage to the mortgage on 418 N. Logan St. Mishawaka, IN.

**D. PROPERTY SURRENDERED**

**SURRENDER OF COLLATERAL**. The debtor elects to surrender to the creditors listed below the personal or real property that is collateral for the claim. The debtor consents to the termination of the stay with respect to the collateral upon confirmation of the plan or approval of a modification. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Class 8 – General Unsecured Claims.

| **Creditor** | **Collateral** |
|---|---|
| Wells Fargo/Ocwen | 418 N. Logan St. Mishawaka, IN |

Dated: September 30, 2016

/s/ Thomas E. Panowicz
Thomas E. Panowicz (21203-71)
P.O. Box 1455, Granger, IN 46530
574-277-2400
Attorney for Debtor