UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CHRISTOPHER R. DESCHEPPER ) | CASE NO. 11-33438 |
| ) | |
| ) | CHAPTER 13 |
| DEBTOR(S) ) | |

**AMENDED VERIFIED MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE**

COMES NOW, Debtor, Christopher R. DeSchepper, and, pursuant to 11 U.S.C. §1328(a), moves the Court for the entry of a discharge in this Chapter 13 case. In support of this request, I state the following:

1. All the payments required by the confirmed plan, whether made to the Chapter 13 Trustee or directly to the creditors, have been completed.

2. At the time this Chapter 13 case was filed I was not required to pay a domestic support obligation, as defined by 11 U.S.C. §101(14A). However, since the filing of this Chapter 13 case, pursuant to a divorce, I am required to pay a domestic support obligation, as defined by 11 U.S.C. §101(14A), to:

   Pamela L. DeSchepper
   1434 Union St., Mishawaka, IN 46544

and all such amounts that are due on or before the date of this motion have been paid. The name and address of my employer is

   Continental Industries
   100 W. Windsor Ave., Elkhart, IN 46514

3. I did not receive a discharge in a case filed under Chapter 7, 11 or 12 of the United States Bankruptcy Code during the four years prior to the date of the order for relief under Chapter 13 in this case.

1

4. I did not receive a discharge in a case filed under Chapter 13 of the United States Bankruptcy Code during the two years prior to the date of the order for relief under Chapter 13 in this case.

5. After filing the petition in this case, I completed a course concerning personal financial management, and a copy of the certificate of completion of that course has been filed with the Court.

6. There is no proceeding pending in which I might be found guilty of a felony of the kind described in 11 U.S.C. §522(q)(1)(A), and I am not liable for the debt of a kind described in 11 U.S.C. §522(q)(1)(B), and there is no reason to believe that 11 U.S.C. §522(q)(1) might apply to me.

WHEREFORE I respectfully request that, following notice and opportunity to object, the Court enter a discharge pursuant to 11 U.S.C. §1328(a).

I, Christopher R. DeSchepper, certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 4/25/17

Christopher R. DeSchepper
Debtor

Respectfully submitted,

/s/ Thomas E. Panowicz
Thomas E. Panowicz (#21203-71)
PO Box 1455, Granger IN 46530
PH: (574) 277-2400
Attorney for Debtor

2

## CERTIFICATE OF SERVICE

The undersigned attorney for Debtors hereby certifies that a true and correct copy of the above and foregoing document was served upon those entities to receive documents in this case via electronic mail through the Court's ECF on this __26__ day of April, 2017.

/s/ Thomas E. Panowicz
Thomas E. Panowicz